PHISON ELECTRONICS CORP., Appellant

v.

SILICON MOTION TECHNOLOGY CORP., Appellee.

No. 2015–1632.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2016.

David Michael Hoffman, Fish & Richardson, P.C., Austin, TX, argued for appellant. Also represented by David M. Barkan, Redwood City, CA; Proshanto Mukherji, Boston, MA.

Jason Alexander Engel, K & L Gates LLP, Chicago, IL, argued for appellee. Also represented by Benjamin Edward Weed, Devon C. Beane; Melvin Chan, aka Chan LLP, Santa Clara, CA.

PROST, Chief Judge, DYK and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.